# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 7, 2020

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Zlozower v. Gannett Satellite Information Network, LLC (1:20-cv-1855-KPF)*

Dear Judge Failla,

We represent Plaintiff, Neil Zlozower, in the above in-captioned case. Defendant has not responded to the complaint as of yet and has until May 22, 2020 to respond. We respectfully request that initial conference scheduled for May 12, 2020 be adjourned 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Neil Zlozower*

```
Application GRANTED.  The initial pretrial conference currently
scheduled for May 12, 2020, is hereby ADJOURNED to June 16, 2020, at
11:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40
Foley Square, New York, New York.

Dated:    May 7, 2020              SO ORDERED.
          New York, New York


                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```

