

| Liebowitz Law Firm, PLLC | 11 SUNRISE PLAZA, STE. 305 |
| --- | --- |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | VALLEY STREAM, NY 11580 |
| | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

**BY ECF**                                                                              June 18, 2020

**Honorable Katherine Polk Failla, U.S.D.J.**
**United States District Court for the Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

   **Re:**   ***Zlozower v. Gannett Satellite Information Network, LLC***
          **Docket No. 1:20-cv-1855-KPF**

                                                            ┌─────────────────────┐
                                                            │   **MEMO ENDORSED**   │
                                                            └─────────────────────┘

Dear Judge Failla,

        Pursuant to Your Honor's Individual Rules of Civil Practice Rule 3.B. The parties
respectfully request that the initial conference scheduled for June 25, 2020 be adjourned and for
the Court to enter the proposed scheduling order.

The Court's consideration is much appreciated.


/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff*


Application GRANTED.  The initial pretrial conference currently scheduled
for June 25, 2020, is hereby ADJOURNED *sine die*.  The parties are ORDERED
to appear for a pretrial conference on November 10, 2020, at 3:30 p.m. in
Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New
York, New York.  The Court will endorse the parties' proposed case
management plan under separate cover.

Dated:     June 18, 2020            SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

