```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NEIL ZLOZOWER,

                               Plaintiff,                      20-CV-1855 (KPF)

         -against-                      **ORDER SCHEDULING TELEPHONE
                                                            CONFERENCE**

GANNETT SATELLITE INFORMATION
NETWORK, LLC,

                               Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to me for settlement purposes (docket no. 24). A telephone conference will be held on **Wednesday, August 19, 2020 at 2:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

DATED:    New York, New York
               August 4, 2020

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge